IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS JIMENEZ, | Civil No. 3:21-cv-1201 |
| Petitioner | (Judge Mariani) |
| v. | |
| STEPHEN SPAULDING, WARDEN, | |
| Respondent | |

**ORDER**

**AND NOW**, this 19th day of October, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge